IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] DAVID VALLE-VEGA,<br>[2] URIEL CRUZ-RIVERA,<br>Defendants. | INFORMATION<br><br>Crim. No. 25-cr-071 (ADC)<br><br>Violation:<br><br>18 U.S.C. § 1348 |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Securities Fraud)
Title 18, United States Code, Section 1348

In or about June 2020 and through in or about January 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

DAVID VALLE-VEGA, and
URIEL CRUZ-RIVERA

the defendants herein, aided and abetted by each other and others known and unknown to the Government, did knowingly and willfully execute, and attempt to execute, a scheme and artifice (1) to defraud a person in connection with a commodity and security for future delivery, that is a foreign currency future; and (2) to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property in connection with the purchase and sale of a commodity and security for future delivery, that is a foreign currency future.

Scheme and Artifice

The purpose of the scheme and artifice was for the defendants to induce individuals to invest in a company, DJR Capital, LLC, and obtain money by means of materially false and fraudulent pretenses, representations, and promises. Defendants marketed DJR Capital, LLC as a company that was investing in Forex, or Foreign Exchange Market. Defendants failed to use investors'

INFORMATION
*United States v. David Valle-Vega, et. al.*
Page 2 of 2

money as promised and misappropriated and converted investors' money for their personal benefit.

The total loss amount is calculated to be approximately $5,330,979.00.

All in violation of Title 18, <u>United States Code</u>, Section 1348 and 2.

W. STEPHEN MULDROW
United States Attorney

SETH ERBE    Digitally signed by SETH ERBE
Date: 2024.09.24 13:38:32
-04'00'
_____
Seth Erbe
Assistant U.S. Attorney
Chief, Financial Fraud & Public Corruption

SCOTT      Digitally signed by SCOTT
ANDERSON   ANDERSON
Date: 2024.09.16 13:40:49 -04'00'
_____
Scott Anderson
Assistant U.S. Attorney